# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JIMMY DEWAYNE STANLEY**                                                              **PLAINTIFF**

**V.**                          **CASE NO. 4:25-cv-00712-JM**

**DR. SHERRIL, Dentist Office**                                         **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 8th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE